| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hayden, Katharine S | 2. Court or Organization<br><br>US District Court - DNJ | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>**to**<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States District Court<br>USPO & Courthouse Building<br>Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Faculty | National Institute for Trial Advocacy (NITA) |
| 3. Board of Directors | Federal Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 11: 10

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Seton Hall University School of Law, Adjunct Professor - Spring Term | $ 6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Partner, Law Firm |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children See pp 25-27 of instructions )*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1 Federal Judge Association | FJA Board of Directors Meeting (Transportation, Meals) |
| 2 National Institute of Trial Advocacy | Faculty for Seminar on Summary Judgment Practice in Federal Court |
| 3 Sedona Conference | Faculty for Seminar on Complex Litigation - Mass Torts |
| 4 | |
| 5 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   - Aegon N V-ADR Amer Reg-ADR Common Stock | A | Dividend | | | Sell | 06/23 | J | B | |
| 3.   - Alcoa Inc. Comon Stock | A | Dividend | J | T | | | | | |
| 4.   - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | | | | | |
| 5.   - Cabela's Inc. Class A Common Stock | | None | J | T | | | | | |
| 6.   - Consolidated Edison Inc. Common Stock | A | Dividend | J | T | | | | | |
| 7.   - Duke Energy Corp. (Holding Company) Common Stock | A | Dividend | J | T | | | | | See Note in Part VIII |
| 8.   - Encana Corp-Cad Common Stock | A | Dividend | K | T | | | | | |
| 9.   - Enterprise Prods Partners LP Common Stock | A | Royalty | J | T | Buy | 05/15 | J | | |
| 10.  | | | | | Buy | 06/23 | J | | |
| 11.  - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 12.  - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | | | | | |
| 13.  - Kerr McGee Corp. Common Stock | A | Dividend | | | Sell | 08/10 | K | E | |
| 14.  - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 15.  - Motorola Inc. DE Common Stock | A | Dividend | J | T | | | | | |
| 16.  - Mylan Laboratories Inc. Common Stock | A | Dividend | | | Sell | 04/25 | J | B | |
| 17.  - Newell Rubbermaid Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | P4 = More than $50,000,000 | Cash Market |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | J | T | | | | | |
| 19. - Pentair Inc. Common Stock | A | Dividend | J | T | Buy | 09/07 | J | | |
| 20. | | | | | Buy | 09/14 | J | | |
| 21. - Pfizer Inc. Common Stock | A | Dividend | J | T | Buy | 03/08 | J | | |
| 22. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 23. - Symbol Technologies Inc. Common Stock | A | Dividend | | | Sell | 09/20 | J | A | |
| 24. - Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 25. - Wyeth Common Stock | A | Dividend | J | T | | | | | |
| 26. - Calamos Strategic Total Return ST TH AUCT RT CUM PFD | B | Dividend | K | T | | | | | |
| 27. - Van Kampen Sr Incm TR SER W Taxable AUCT CUM PFD SHS | B | Dividend | K | T | | | | | |
| 28. - Van Kampen Sr Incm TR SER F AUCT RT CUM PFD SHS | B | Dividend | K | T | | | | | |
| 29. - ABN AMRO Hldg Nv Spon Adr Common Stock | | None | | | Sell | 02/15 | J | A | |
| 30. - Altria Group Inc. Common Stock | A | Dividend | K | T | Buy | 02/08 | J | | |
| 31. | | | | | Buy | 09/26 | J | | |
| 32. - American Financial Realty Tr Common Stock | | None | | | Sell | 02/27 | J | A | |
| 33. - Aqua America Inc. Common Stock | A | Dividend | J | T | | | | | |
| 34. - AT&T Inc. Common Stock | A | Dividend | J | T | Buy | 10/09 | J | | |

1. Income Gain Codes: A =$1,000 or less... B =$1,001 - $2,500... C =$2,591 - $5,000... D =$5,001 - $15,000... F =$15,001 - $50,000
(See Columns B1 and D4) E =$50,001 - $100,000... G =$100,000 - $1,000,000... H1 =$1,000,001 - $5,000,000... H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less... K =$15,001 - $50,000... L =$50,001 - $100,000... M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000... O =$500,001 - $1,000,000... P1 =$1,000,001 - $5,000,000... P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000... P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal... R =Cost (Real Estate Only)... S =Assessment... T =Cash Market
(See Column C2) U =Book Value... V =Other... W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Chesapeake Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 36. - Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 37. - Goodrich Corp. Common Stock | A | Dividend | | | Sell | 06/29 | J | A | |
| 38. - Honeywell Intl Inc. Common Stock | A | Dividend | J | T | Buy | 01/10 | J | | |
| 39. | | | | | Buy | 01/10 | J | | |
| 40. - Kayne Anderson Mlp Invt Co. Ser A Bond | B | Interest | K | T | | | | | |
| 41. - Kayne Anderson Mlp Invt. Co. Ser B Bond | B | Interest | K | T | | | | | |
| 42. - Lyondell Chemical Co. Common Stock | A | Dividend | | | Sell | 03/29 | J | A | |
| 43. - Masco Corp. DE Common Stock | A | Dividend | J | T | Buy | 07/03 | J | | |
| 44. - Microsoft Corp Common Stock | A | Dividend | J | T | Buy | 10/26 | J | | |
| 45. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 46. - Montpelier RE Holdings Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 47. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | Buy | 05/03 | J | | |
| 48. | | | | | Partial Sell | 11/07 | J | A | |
| 49. - San Diego Calif Pff Auth Lse Rv Jack Murphy Bond | A | Interest | | | Sell | 02/01 | K | A | |
| 50. - Sara Lee Corp. Common Stock | A | Dividend | J | T | | | | | |
| 51. - Sears Holding Corp. Common Stock | | None | K | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3 Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    S =Assessment
    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 53. -American Intl Group Inc. Common Stock | A | Dividend | J | T | Buy | 11/09 | J | | |
| 54. -Bristol-Myers Squibb Co. Common Stock | A | Dividend | | | Buy | 7/10 | J | | |
| 55. | | | | | Buy | 7/13 | J | | |
| 56. | | | | | Sell | 11/15 | J | A | |
| 57. -Citibank NA South Dakota Bank Deposit Program | A | Interest | J | T | Buy | 10/31 | J | | See Note in Part VIII |
| 58. -CVS Corp. Common Stock | A | Dividend | J | T | Buy | 06/29 | J | | |
| 59. -Foster Wheeler LTD Bermuda Common Stock | | None | J | T | Buy | 02/06 | J | | |
| 60. | | | | | Buy | 04/25 | J | | |
| 61. Hanesbrands Inc. Common Stock | | None | J | T | Partial Sell | 09/12 | J | A | See Note in Part VIII |
| 62. | | | | | Buy | 11/09 | J | | |
| 63. -Hitachi LTD-ADR Common Stock | | None | J | T | Buy | 11/07 | J | | |
| 64. -L-1 Identity Solutions Inc. Common Stock | | None | J | T | Buy | 04/07 | J | | |
| 65. | | | | | Buy | 09/12 | J | | |
| 66. Marvell Technology Group LTD-USD Common Stock | | None | J | T | Buy | 09/20 | J | | |
| 67. -Nabors Industries LTD-USD New Common Stock | | None | J | T | Buy | 02/14 | J | | |
| 68. | | | | | Buy | 02/15 | J | | |

1 Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3 Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  S =Assessment  T =Cash Market
  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 06/12 | J | | |
| 70.  -Patterson UTI Energy Inc. C●mmon Stock | A | Dividend | J | T | Buy | 04/06 | J | | |
| 71. | | | | | Buy | 09/14 | J | | |
| 72.  -WM Wrigley Jr Co. C●mmon Stock | A | Dividend | J | T | Buy | 02/15 | J | | |
| 73. | | | | | Partial Sell | 05/10 | J | A | |
| 74.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 75.  - Fidelity Investments M●ney Market Acc●unt | A | Dividend | J | T | | | | | |
| 76.  BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 77.  - Smith Barney FMA Account | A | Interest | N | T | | | | | |
| 78.  IRA/401K ACCOUNTS | | | | | | | | | |
| 79.  - IRA Franklin Templet●n Mutual Shares Fund Class A | C | Dividend | L | T | | | | | |
| 80.  - IRA Smith Barney Money Funds Inc. Class A | A | Interest | J | T | | | | | |
| 81.  - IRA Smith Barney Money Funds Class A | A | Interest | L | T | | | | | |
| 82.  -IRA Smith Barney (formerly 401K Fidelity Investments) | A | Interest | J | T | | | | | See Note in Part VIII |
| 83.  - Guardian Whole Life | E | Dividend | N | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes  J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
3. Value Method Code  P3 =$25,000,001 - $50,000,000; Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; P4 =More than $50,000,000
(See Column C2)  T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII-Line 7-Duke Energy Corp. became Duke Energy Corp (Holding Company).

Part VII-Line 57-Citibank NA South Dakota Deposit Program is a sweep money market bank account.

Part VII-Line 61-Due to a spinoff on 9/11, Sara Lee Corp. spun off to shareholder 56 shares of Hanesbrands Inc. common stock.

Part VII-Line 82-In September, managment of the Fidelity Investments 401K account was transferred to Smith Barney.

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

Date 5/14/07

NO  AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 1

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544